AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Poslusny, Jerrold N. | Bankruptcy Court for the District of New Jersey | 03/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial  ☐ Annual  ☐ Final | 01/01/2014<br>**to**<br>12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Mutchell H. Cohen Courthouse
400 Cooper Street
Camden, NJ 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Camden County (NJ) Bar Association |
| 2. | Member of Board of Trustees | Cherry Hill (NJ) United Soccer Association (a/k/a Cherry Hill FC) |
| 3. | Partner | Poslusny Investment Associates |
| 4. | Shareholder | Sherman, Silverstein, Kohl, Rose & Podolsky, PA |
| 5. | Trustee | Trust No. 1 |
| 6. | Trustee | Trust No. 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013-15 | Sherman, Silverstein, Kohl, Rose & Podolsky, PA - 401(k) and pension plan with former law firm, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 03/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Cozen O'Connor, PC - salary and bonus | $201,000.00 |
| 2. 2013 | Sherman, Silverstein, Kohl, Rose & Podolsky, PA - salary and bonus | $13,100.00 |
| 3. 2014 | Sherman, Silverstein, Kohl, Rose & Podolsky, PA - salary and bonus | $205,000.00 |
| 4. 2015 | Sherman, Silverstein, Kohl, Rose & Podolsky, PA - salary and bonus | $65,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | PHH Mortgage, Corp. - salary and bonus |
| 2. 2014 | PHH Mortgage, Corp. - salary and bonus |
| 3. 2015 | PHH Mortgage, Corp. - salary and bonus |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 03/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 03/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | L | T | | | | | |
| 2. NY Life Variable Universal Life Policy - fixed account | B | Interest | L | T | | | | | |
| 3. NY Life Custom Whole Life Policy | C | Dividend | L | T | | | | | |
| 4. NY LIfe Custom Whole Life Policy | C | Dividend | M | T | | | | | |
| 5. iShares China Large-Cap (FXI) | A | Dividend | J | T | | | | | |
| 6. IGT common | A | Dividend | J | T | | | | | |
| 7. PHH common | A | Dividend | J | T | | | | | |
| 8. WYN common | A | Dividend | J | T | | | | | |
| 9. CAR common | A | Dividend | J | T | | | | | |
| 10. Citizens Bank Account | A | Interest | | | | | | | |
| 11. PAYX common | A | Dividend | J | T | | | | | |
| 12. Fidelity Accounts | A | Int./Div. | J | T | | | | | |
| 13. Fidelity Contrafund (FCNTX) | C | Dividend | J | T | | | | | |
| 14. Eagle Strategies Account (H) | | | | | | | | | |
| 15. - Fidelity Govt MMKT Daily Money Class | B | Int./Div. | J | T | | | | | |
| 16. - Fidelity Inter Mediate Muni Income | A | Dividend | J | T | | | | | |
| 17. - Spartan 500 Index FD Advantage Class | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 03/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Avenue Credit Strategies Investor | A | Dividend | J | T | | | | | |
| 19. - Delaware Value FD CL A | A | Dividend | J | T | | | | | |
| 20. - Doubleline Total Rt Bond Fund CL N | A | Dividend | J | T | | | | | |
| 21. - Driehaus Micro Cap Growth Fund | A | Dividend | J | T | | | | | |
| 22. - Columbia Select Lrg Cap Growth Class A | A | Dividend | J | T | | | | | |
| 23. - Columbia Dividend Opportunity Cl A | A | Dividend | J | T | | | | | |
| 24. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 25. - Northern Intermed Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 26. - Rivernorth Core Opportunity Fd Cl R | A | Dividend | J | T | | | | | |
| 27. - Riverpark Strategic Income Fund Retail | A | Dividend | J | T | | | | | |
| 28. - T Rowe Price Intl Stock Advisor CL | A | Distribution | J | T | | | | | |
| 29. - Ridgeworth Mid Cap Value Equity CL I | A | Dividend | J | T | | | | | |
| 30. - Touchstone Focused Class A | A | Dividend | J | T | | | | | |
| 31. - TCW Relative Value Dividend Apprec CL N | A | Dividend | J | T | | | | | |
| 32. - T Rowe Price Growth Stock Advisor CL | A | Dividend | J | T | | | | | |
| 33. - Undiscovered Manager Behavioral VAL CL A | A | Dividend | J | T | | | | | |
| 34. - Wasatch Frontier Emerging Small Co's | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 03/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Wasatch International Oppotunities FD | A | Dividend | J | T | | | | | |
| 36.    Trust No. 1 (H) | | | | | | | | | |
| 37.    - Fidelity ContraFund | A | Dividend | J | T | | | | | |
| 38.    - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 39.    - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 40.    Trust No. 2 (H) | | | | | | | | | |
| 41.    - Fidelity ContraFund | A | Dividend | J | T | | | | | |
| 42.    - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 43.    - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 44.    Eagle Strategies IRA (H) | | | | | | | | | |
| 45.    - Fidelity Govt Money Market Daily Money CLass | A | Dividend | J | T | | | | | |
| 46.    - DFA US Core Equity I | A | Dividend | M | T | | | | | |
| 47.    - Dimensional Emerging Mkts Val PRTF Instl | A | Dividend | K | T | | | | | |
| 48.    - DFA International Small Company Port | A | Dividend | K | T | | | | | |
| 49.    - DFA International Value PRTF Instl | A | Dividend | M | T | | | | | |
| 50.    - DFA US Large Cap Value PRTF Instl | A | Dividend | L | T | | | | | |
| 51.    - DFA Real Estate Sec PRTF Instl | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 03/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - DFA US Small Cap Portfolio INSTL Cl | A | Dividend | L | T | | | | | |
| 53.   Eagle Strategies IRA (H) | | | | | | | | | |
| 54.   - GE | A | Dividend | J | T | | | | | |
| 55.   - Mainstay Growth Allocation CL B | A | Dividend | K | T | | | | | |
| 56. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 03/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerrold N. Poslusny**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544